**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-6763**

───────────────

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

CHARLIE J. CEPAK, Warden, individually and in
his official capacity; PRIS MACK, Associate
Warden, individually and in his official
capacity,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  William B. Traxler, Jr., District
Judge.  (CA-94-3511-4-21BE)

───────────────

Submitted:  September 25, 1997      Decided:  October 21, 1997

───────────────

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Michael F. Dehoney, Appellant Pro Se.  Larry Cleveland Batson,
Robert E. Peterson, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,
Columbia, South Carolina; Joseph Crouch Coleman, Columbia, South
Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint, denying Appellant's motions seeking a blank subpoena and recusal of a magistrate judge, and denying Appellant's motion for reconsideration. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dehoney v. Cepak, No. CA-94-3511-4-21BE (D.S.C. May 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED